IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 95-10821
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERIC JOSEPH STAAB,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Northern District of Texas
(4:95-CR-48-A)

---

November 28, 1995

Before GARWOOD, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Eric Joseph Staab appeals his sentence on conviction of wire fraud. He contends solely that the district court erred by adjusting his offense level upward for his role as a manager or supervisor. We have reviewed the record and hold that the district court's finding that Staab was a manager or supervisor is not clearly erroneous. *See United States v. Palomo*, 998 F.2d 253, 257 (5th Cir.), *cert. denied*, 114 S.Ct. 358 (1993).

---

[*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.